RECEIVED

MAY 2 6 2022

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## EXHIBIT A

Video of the dangerous incident at MSP Terminal 1. The video was provided by MSP's legal counsel: https://www.youtube.com/watch?v=Dr5BrAgKcTk

As the Honorable Court and Jury can attest to, the shuttle's doors open right into the lane of traffic. Plaintiff is in the white shirt where the black car swerved to avoid him. Plaintiff did not know he was being let go onto a car lane. This is the single-most dangerous hazard that Plaintiff has ever seen at any airport in the world.

Plaintiff was the director and host of 'Epic Journey' (https://www.youtube.com/watch?v=NVzjg5uIQbo&t=1030s) that reached over 80 million homes on Daystar TV. The film took Plaintiff to over 29 countries, including Egypt, Indonesia, Dubai, Kenya, Japan, Brazil, Argentina, et al. The Plaintiff was put in dangerous situations, but never as dangerous as this.

What occurred on this date is the dangerous event that happened to Plaintiff in his entire lifetime – this is a very serious matter as it could kill or maim another innocent passenger. Plaintiff is a Harvard alumnus and a litigation attorney as well and yet still stepped out thinking it was the sidewalk and NOT a vehicle lane.

The MSP still did not fix this issue two weeks later proving they have no intention of fixing this incredibly dangerous hazard. They should all be held to involuntary or 2nd degree manslaughter charges if anyone is killed.



SCANNED

MAY 2 6 2022

U.S. DISTRICT COURT ST. PAUL

## **EXHIBIT B**

Three weeks later, there were absolutely no changes put in place at Terminal 1. This despite

assurances from the CEO that he would have security standing afoot.

EXHIBIT B video can be seen at: https://www.youtube.com/watch?v=nQJ2q_4AcS8



## EXHIBIT C

At no point does the airport even mention to be very careful as you step into oncoming traffic.



## EXHIBIT D





## **EXHIBIT E**

**"We're expecting an increase in traffic in July," said MAC Chief Executive Officer Brian Ryks. "Whether our passengers return to the skies next month or later in the year, they will experience a very different airport" in terms of the safety elements put in place."**
https://www.startribune.com/msp-airport-launches-new-safety-practices-to-attract-skittish-travelers/571486522/



This article has Unlimited Access. Support our public service journalism: **Subscribe Now.**

🏠 | ≡ ALL SECTIONS | 🔍    ⚪ MINNESOTA    ★ StarTribune    LOG IN | SUBSCRIBE

CORONAVIRUS

# Minneapolis-St. Paul International Airport launches new safety practices to attract skittish travelers

Cleaning, distancing emphasized with more activity approaching

By Janet Moore Star Tribune | JUNE 25, 2020 — 6:41PM



played.
(Error Code: 102630)

📹 Video (01:50) : In an effort to lure skittish travelers back to the skies, the Minneapolis-St. Paul International Airport has launched a safety program to stem the spread of COVID-19 and keep passengers healthy.

| | |
|---|---|
| 1 | AVERAGE RETIREMENT INCOME ▶ |
| 2 | BEST ALL INCLUSIVE RESORTS ▶ |
| 3 | 10 STOCKS TO BUY RIGHT NOW ▶ |
| 4 | JIM CRAMER STOCKS TO BUY ▶ |
| 5 | LOSE 10 POUNDS IN 3 DAYS ▶ |

AA TEXT SIZE

💬 23

f

🐦

✉ EMAIL

🖨 PRINT

MORE

If it weren't for the COVID-19 outbreak, the Minneapolis-St. Paul International Airport would likely be swamped with summer travelers itching to fly out of town for the July 4th holiday.

But the global coronavirus pandemic and its economic fallout have devastated air travel in the Twin Cities and beyond. As departures from the airport likely inch up in July, airport officials launched a big push Thursday to reassure skittish passengers that they can travel and remain healthy.

The Travel Confidently program means restrooms and high-touch areas of the airport will be cleaned more often, with both terminals' public areas undergoing electrostatic disinfectant fogging every night.

The Metropolitan Airports Commission (MAC), which owns and operates the airport, is also "strongly" recommending that travelers wear face coverings or masks, and adopt strict social distancing practices in the terminals, shops and restaurants.

More than 50 hand sanitizer stations have been installed in public spaces, along with 130 shield guards at ticket counters, gate desks and podiums, security checkpoints and information booths. Airport officials also encourage travelers to pre-book their parking space, limiting touches on keypads and credit card readers.

"We're expecting an increase in traffic in July," said MAC Chief Executive Officer Brian Ryks. "Whether our passengers return to the skies next month or later in the year, they will experience a very different airport" in terms of the safety elements put in place.



5   LOSE 10 POUNDS IN 5 DAYS DIET   ▶

6   SHARK TANK KETO DIET PILLS   ▶

7   CHEAP ROUND TRIP FLIGHTS   ▶

8   HAWAII VACATION PACKAGE DEALS   ▶

9   FREE GRANTS FOR COLLEGE STUDENTS   ▶

10   CONCERT TICKETS 2021   ▶

11   CHEAPEST ONE WAY FLIGHTS   ▶

12   CHEAP AIR TICKETS   ▶

Ad | Business Infoline